J. W. Seymour, Plaintiff in Error, vs. Rhoda Jane Bass and Robert Bass, her husband, Defendants in Error.

Writ of Error to Circuit Court, Osceola county; **John D. Broome, Judge.**

*Jones & Jones* (with whom was *R. H. Seymour* on the brief), for Plaintiff in Error.

*J. N. Taylor* (with whom were *E. H. Terry* and *W. J. Sears, Jr.,* on the brief), for Defendants in Error.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for the plaintiffs and the defendant takes writ of error. Judgment affirmed.

Decision Per Curiam.